# MIRER MAZZOCCHI & JULIEN, PLLC

ATTORNEYS AT LAW
1 WHITEHALL STREET
NEW YORK, NEW YORK 10004
———————

JEANNE MIRER                    TELEPHONE:  (212) 231-2235                    RIA JULIEN
KRISTINA MAZZOCCHI              FACSIMILE:  (212) 409-8338

August 11, 2020

**Via ECF**

Hon. Judge Ronnie Abrams, USDJ
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
 (212) 805-0284

                              Re:   Macaluso *v JZJ Services*, *LLC*, 20-cv-1407 (RA)
                                     Letter Motion To Adjourn Deadline to Submit
                                     Answer/ Proposed Settlement Agreement and
                                     *Cheeks* Letter

Dear Hon. Judge Abrams:

Plaintiff hereby submits this letter motion, jointly with Defendants, seeking leave to adjourn the deadline to answer, *nunc pro tunc*. While the Court required an answer be served on or before July 25, 2020, (Dkt. 18) the parties have over the last two months engaged in intensive negotiations and  informal exchange of discovery. Yesterday the parties reached an agreement in principal to resolve Plaintiff's claims and they anticipate finalizing a proposed settlement agreement  and fairness letter pursuant to *Cheeks v*. *Freeport Pancake House, Inc*., 796 F.3d 199, 200 (2d Cir. 2015) within one week, by next Friday, August 21, 2020.

Accordingly, the parties  request the Court extend the deadline to file an answer July 25, 2020 to August 21, 2020, *nunc pro tunc*.  Good cause for such adjournment is found in the parties' successful efforts to resolve this matter. This is the third request to extend the deadline to answer, such answer having been originally due on  May 9, 2020 (Dkt. 14)  and the parties having twice previously entered such stipulations (Dkt. # 16 and 18) during ongoing negotiations and informal discovery.

We thank the Court for its consideration.

                                                         Respectfully submitted,

| | |
|---|---|
| /s/Jodi Jaffe | /s/ Ria Julien |
| Jodi J, Jaffe, Esquire | Ria Julien |
| jjaffe@jaffeglenn.com | Mirer Mazzocchi & Julien, PLLC |
| Jaffe Glenn Law Group, P.A. | 1 Whitehall St., 16th floor |
| 301 N. Harrison St., Suite 9F, #306 | New York, NY 10004 |
| Princeton, NJ 08540 | Telephone: (212) 231-2235 |
| Telephone: (201) 687-9977 | Email: rjulien@mmsjlaw.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
8/12/2020